UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60213-BLOOM/Valle

ANDREW THOMPSON,

    Plaintiff,

v.

WALGREENS COMPANY,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On January 24, 2019, Plaintiff filed this action without paying the required $400 filing fee and moved to proceed *in Forma Pauperis*. *See* ECF Nos. [1] and [3]. On January 25, 2019, the Court denied Plaintiff's Motion to proceed *in Forma Pauperis* without prejudice and Ordered Plaintiff to submit "the Application to Proceed in District Court Without Prepaying Fees or Costs **(Long Form)** or pay the required filing fee no later than **February 14, 2019**." ECF No. [4] at 3 (emphasis in original). Within the Order, the Court cautioned that "[f]ailure to comply with this Order will result in dismissal of this case without prejudice and without further notice." *Id.* To date, Plaintiff has not submitted the Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form) or paid the filing fee. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk of Court shall **CLOSE** this case. All deadlines are terminated and all pending motions are **DENIED as moot**.

Case No. 19-cv-60213-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Andrew Thompson
2798 NW 20th Street
Fort Lauderdale, FL 33311
L93677
Moore Haven Correctional Facility
Inmate Mail/Parcels
Post Office Box 719001
Moore Haven, FL 33471